UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ALTANA CREDIT OPPORTUNITIES FUND
SPC, ALTANA CREDIT OPPORTUNITIES
FUND 1 SP, and ALTANA FUNDS LTD.
CAYMAN,

                         Plaintiffs,

         v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

                         Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2023

Case No. 1:20-cv-8402-AT

## AMENDED DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED** that Default Judgment is entered in favor of Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman (collectively, "Plaintiffs"), and against the Bolivarian Republic of Venezuela ("Venezuela"), as follows:

**1.   For Venezuela's breaches of the 7.75% 2019 Bonds (ISIN USP97475AN08), Plaintiffs are entitled to recover from Venezuela:**

a.   $61,929,100.00 for unpaid principal;

b.   $30,076,899.57 for accrued and unpaid contractual interest on principal through July 19, 2023;

c.   $7,817,210.61 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  d. If this Default Judgment is entered after July 19, 2023, an additional $20,748.18 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  e. Post-judgment interest as set forth in 28 U.S.C. § 1961.

  **2.** **For Venezuela's breaches of the 6.00% 2020 Bonds (ISIN USP97475AG56), Plaintiffs are entitled to recover from Venezuela:**

  a. $15,141,500.00 for unpaid principal;

  b. $5,551,883.33 for accrued and unpaid contractual interest on principal through July 19, 2023;

  c. $1,403,094.36 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  d. If this Default Judgment is entered after July 19, 2023, an additional $3,892.54 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  e. Post-judgment interest as set forth in 28 U.S.C. § 1961.

  **3.** **For Venezuela's breaches of the 12.75% 2022 Bonds (ISIN USP17625AC16), Plaintiffs are entitled to recover from Venezuela:**

  a. $72,363,500.00 for unpaid principal;

  b. $54,486,700.35 for accrued and unpaid contractual interest on principal through July 19, 2023;

  c. $13,258,638.73 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  d. If this Default Judgment is entered after July 19, 2023, an additional $39,063.82 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  e. Post-judgment interest as set forth in 28 U.S.C. § 1961.

**4. For Venezuela's breaches of the 9.00% 2023 Bonds (ISIN USP17625AA59), Plaintiffs are entitled to recover from Venezuela:**

  a. $77,910.400.00 for unpaid principal;

  b. $43,474,003.20 for accrued and unpaid contractual interest on principal through July 19, 2023;

  c. $11,166,556.11 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  d. If this Default Judgment is entered after July 19, 2023, an additional $30,197.22 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  e. Post-judgment interest as set forth in 28 U.S.C. § 1961.

**5. For Venezuela's breaches of the 8.25% 2024 Bonds (ISIN USP97475AP55), Plaintiffs are entitled to recover from Venezuela:**

  a. $3,516,582.30 for accrued and unpaid contractual interest on principal through July 19, 2023;

  b. $913,985.98 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  c. If this Default Judgment is entered after July 19, 2023, an additional $2,425.87 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  d. Post-judgment interest as set forth in 28 U.S.C. § 1961.

**6. For Venezuela's breaches of the 7.65% 2025 Bonds (ISIN XS0217249126), Plaintiffs are entitled to recover from Venezuela:**

  a. $1,427,000.00 for unpaid principal;

  b. $681,677.90 for accrued and unpaid contractual interest on principal through July 19, 2023;

  c. $176,511.64 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  d. If this Default Judgment is entered after July 19, 2023, an additional $471.32 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  e. Post-judgment interest as set forth in 28 U.S.C. § 1961.

**7. For Venezuela's breaches of the 11.75% 2026 Bonds (ISIN USP17625AE71), Plaintiffs are entitled to recover from Venezuela:**

  a. $20,907,708.21 for accrued and unpaid contractual interest on principal through July 19, 2023;

  b. $5,413,779.57 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  c. If this Default Judgment is entered after July 19, 2023, an additional $14,455.91 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  d. Post-judgment interest as set forth in 28 U.S.C. § 1961.

**8. For Venezuela's breaches of the 9.25% 2027 Bonds (ISIN US922646AS37), Plaintiffs are entitled to recover from Venezuela:**

  a. $3,516,134.67 for accrued and unpaid contractual interest on principal through July 19, 2023;

  b. $847,047.99 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  c. If this Default Judgment is entered after July 19, 2023, an additional $2,538.16 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  d. Post-judgment interest as set forth in 28 U.S.C. § 1961.

**9. For Venezuela's breaches of the 9.25% 2028 Bonds (ISIN USP17625AB33), Plaintiffs are entitled to recover from Venezuela:**

  a. $10,276,259.75 for accrued and unpaid contractual interest on principal through July 19, 2023;

  b.  $2,639,518.39 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  c.  If this Default Judgment is entered after July 19, 2023, an additional $7,137.93 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  d.  Post-judgment interest as set forth in 28 U.S.C. § 1961.

**10.**  **For Venezuela's breaches of the 11.95% 2031 Bonds (ISIN USP17625AD98), Plaintiffs are entitled to recover from Venezuela:**

  a.  $31,755,273.55 for accrued and unpaid contractual interest on principal through July 19, 2023;

  b.  $7,792,524.03 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  c.  If this Default Judgment is entered after July 19, 2023, an additional $22,641.30 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  d.  Post-judgment interest as set forth in 28 U.S.C. § 1961.

**11.**  **For Venezuela's breaches of the 9.375% 2034 Bonds (ISIN US922646BL74), Plaintiffs are entitled to recover from Venezuela:**

  a.  $17,689,000.00 for unpaid principal;

  b.  $9,977,701.56 for accrued and unpaid contractual interest on principal through July 19, 2023;

   c. $2,476,543.30 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

   d. If this Default Judgment is entered after July 19, 2023, an additional $7,066.77 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

   e. Post-judgment interest as set forth in 28 U.S.C. § 1961.

  **12.** **For Venezuela's breaches of the 13.625% 2018 Bonds (ISIN US922646AT10), Plaintiffs are entitled to recover from Venezuela:**

   a. $2,928,000.00 for unpaid principal;

   b. $2,364,827.67 for accrued and unpaid contractual interest on principal through July 19, 2023;

   c. $577,621.40 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

   d. If this Default Judgment is entered after July 19, 2023, an additional $1,691.27 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

   e. Post-judgment interest as set forth in 28 U.S.C. § 1961.

  **13.** **For Venezuela's breaches of the 13.625% 2018 Bonds (ISIN USP9395PAA95), Plaintiffs are entitled to recover from Venezuela:**

   a. $4,216,000.00 for unpaid principal;

  b. $3,405,093.39 for accrued and unpaid contractual interest on principal through July 19, 2023;

  c. $831,711.69 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  d. If this Default Judgment is entered after July 19, 2023, an additional $2,435.25 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  e. Post-judgment interest as set forth in 28 U.S.C. § 1961.

**14. For Venezuela's breaches of the 7.00% 2018 Bonds (ISIN USP97475AD26), Plaintiffs are entitled to recover from Venezuela:**

  a. $3,150,000.00 for unpaid principal;

  b. $1,352,400.00 for accrued and unpaid contractual interest on principal through July 19, 2023;

  c. $343,155.39 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

  d. If this Default Judgment is entered after July 19, 2023, an additional $945.97 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

  e. Post-judgment interest as set forth in 28 U.S.C. § 1961.

**15. Plaintiffs are entitled to a total of $55,657,899.18 in statutory prejudgment interest.**

16.     Plaintiffs are entitled to a total of $394,080.63 in attorneys' fees and costs.

Dated:  November 16, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge

CERTIFIED AS A TRUE COPY ON

THIS DATE  12/19/2023

BY _____
( ) Clerk
(✓) Deputy