UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | C.A. No. 17-mc-00151-LPS |
| ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | C.A. No. 23-mc-608-UNA |

**ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES
FOR SUBMISSION OF ATTACHED JUDGMENT STATEMENT AND STATUS
SUMMARY**

UPON THE MOTION of Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman (together, "Plaintiffs") for Extension of Deadlines for Submission of Attached Judgment Statement and Status Summary (the "Motion"), and this Court possessing jurisdiction to consider the Motion, and venue lying appropriately with this Court, and notice of the Motion having been proper, and having considered the Motion and all papers related thereto heretofore filed, and the relief requested in the Motion being warranted, IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED.

2. The deadline, as set forth in this Court's Sixth Amended Sale Procedures Order, for Plaintiffs to submit their Attached Judgment Statement is hereby EXTENDED to December 21, 2023 such that Plaintiffs' Attached Judgment Statement, which was filed on such date, shall be considered timely and sufficient for all purposes.

3. The deadline, as set forth in this Court's October 11, 2023 Memorandum Order, for Plaintiffs to submit their Status Summary is hereby EXTENDED to December 21, 2023 such that Plaintiffs' Status Summary, which was filed on such date, shall be considered timely and sufficient for all purposes.

4. This Order shall take immediate effect notwithstanding any statute, rule or procedure to the contrary.

5. This Court shall retain jurisdiction over all matters arising from and/or relating to the interpretation and/or implementation of this Order.

Dated: December ____, 2023
Wilmington, DE

THE HONORABLE LEONARD P. STARK,
UNITED STATES DISTRICT JUDGE