# Exhibit 1



United States Department of State

Washington, D.C. 20520

October 16, 2023

Ruby J. Krajick
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Altana Credit Opportunities Fund SPC, et al. v. The Bolivarian Republic of Venezuela,* 1:20-cv-08402-AT

Dear Ms. Krajick:

I am writing regarding the Court's request pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) for transmittal of a Default Judgment and Notice of Default Judgment to the Bolivarian Republic of Venezuela as a defendant in the above referenced lawsuit.

The documents were delivered in Washington, DC under cover of U.S. Department of State diplomatic note to the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela, an accredited representative put forward by the National Assembly to represent the Bolivarian Republic of Venezuela to the United States. The diplomatic note was dated October 4, 2023, and delivered on October 11, 2023. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.



United States Department of State

Washington, D.C. 20520

## **CERTIFICATION OF DIPLOMATIC NOTE**

I, Elizabeth Gracon, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC, certify that this is a true copy of the United States Department of State diplomatic note dated October 4, 2023, and delivered to the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela in Washington, DC on October 11, 2023.

Elizabeth Gracon, Managing Director
Directorate of Overseas Citizens Services

October 24, 2023

The Department of State refers the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela to the lawsuit *Altana Credit Opportunities Fund SPC, et al. v. The Bolivarian Republic of Venezuela*, 1:20-cv-08402 (AT), which is pending in the U.S. District Court for the Southern District of New York. The Bolivarian Republic of Venezuela is a defendant in this case. The Department transmits a Default Judgment herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Bolivarian Republic of Venezuela as contemplated in Title 28, United States Code, Sections 1608(a)(4) and (e).

In addition to the Default Judgment, the Department is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and

execution proceedings pursuant to Title 28, United States Code, Section 1610, may commence after a reasonable period of time from the giving of notice of the Default Judgment.

Under U.S. law, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the Department to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Enclosures:

    As stated.

Department of State,

    Washington, October 4, 2023.